UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.  16-mj-01093-CBS |
| DENNIS RODRIGUEZ | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of <u>March 30, 2016,</u> in the county of Pueblo in the State and District of Colorado, the defendant (s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 21 USC §  841(a)(1), (b)(1)(B)(vii) | Possession with the Intent to Distribute 100 or more Marijuana plants a Schedule I controlled substance |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X**  Continued on attached sheet.

_s/Scott D'Amour_
_____
_Complainant's signature_

Scott D'Amour Task Force Officer, DEA
_____
_Printed name and title_

Sworn to before me and:  ☐  signed in my presence.
☒  submitted, attested to, and acknowledged by reliable electronic means.

Date: **1:40 pm, Jun 09, 2016**

_____
_Judge's signature_

City and state:  Denver, Colorado

Craig B. Shaffer
United States Magistrate Judge
_____
_Printed name and title_